UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-mj-00107 SMS |
| | ) | |
| Plaintiff, | ) | ORDER STAYING RELEASE ORDER |
| | ) | OF MAY 23, 2008 |
| v. | ) | |
| | ) | |
| EARL DEAN McKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, the Court, having received new information at 4:08 p.m. on this date from Pretrial Services Officer Jacob Scott regarding an issue of danger if the Defendant, Earl Dean McKinney, is released from custody pursuant to this Court's earlier order,

IT IS HEREBY ORDERED that this Court STAYS her order of release and FURTHER ORDERS that Defendant Earl Dean McKinney remain detained in the care, control and custody of the United States Marshal.  Further, Defendant Earl Dean McKinney is ORDERED to appear before a Magistrate Judge at 1:30 p.m. on Tuesday, May 27, 2008, for further bail review.

IT IS SO ORDERED.

Dated:   May 23, 2008                        /s/ Sandra M. Snyder

1  UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28