# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 0 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Earl Dean McKinney ) | 08cr00173 OWW |
| ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Earl Dean McKinney___, have discussed with ___Jacob M. Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

Modify the defendant's travel condition in the following manner: Your travel is restricted to the Eastern District of California and the Southern District of California for court related purposes, unless otherwise approved in advance by the Pretrial Services Officer.

All other previously ordered conditions not in conflict with this order remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6/6/08           _____  6/6/08
Signature of Defendant   Date              Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    6-6-08
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    6/6/08
Signature of Defense Counsel               Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __June 6, 2008__.
[ ] The above modification of conditions of release is *not* ordered.

_____                    6/6/08
Signature of Judicial Officer              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services