DANIEL J. BRODERICK, Bar No. 89424
Acting Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EARL DEAN McKINNEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             *Plaintiff,* <br><br>     v. <br><br> EARL DEAN McKINNEY, JR., <br><br>             *Defendant.* | No. 1:08-cr-00173 OWW <br><br> STIPULATION TO MODIFY TERMS OF RELEASE AND ORDER <br><br> Judge:  Hon. Sandra M. Snyder |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that effective forthwith the conditions of release shall be modified to allow Defendant to contact his wife through an attorney, for the following reasons:

1. Defendant is in the process of filing for bankruptcy and counsel needs to obtain information from Defendant's wife regarding community property.

2. Defendant's separate property, including clothing, is still in the wife's custody and transferring property through an attorney will be most convenient.

///

///

///

///

AUSA, David Gappa, and U.S. Pretrial Service Officer, Jacob Scott, have no objections to this request.

DATED:     June 9, 2008

        McGREGOR W. SCOTT
        United States Attorney

By:   /s/ David Gappa
      DAVID GAPPA
      Assistant U.S. Attorney
      Attorney for Plaintiff

DATED:     June 9, 2008

        DANIEL J. BRODERICK
        Federal Defender

By:   /s/ Douglas Beevers
      DOUGLAS BEEVERS
      Assistant Federal Defender
      Attorney for Defendant

O R D E R

IT IS SO ORDERED.

**Dated:     June 10, 2008**            /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE