DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EARL DEAN McKINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>EARL DEAN McKINNEY,<br><br>    *Defendant.* | No. 1:08-cr-00173 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;<br>ORDER THEREON<br><br>Date : July 7, 2008<br>Time: 9:00 a.m.<br>Judge: Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above-captioned matter, scheduled for June 23, 2008, **may be continued to July 7, 2008, at 9:00 a.m.**

    This continuance is requested by counsel for the defendant to allow additional time for the parties to work on the details of a plea, and defense counsel needs time to review the contraband, which is now available for examination. AUSA David Gappa has no objection. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: June 19, 2008                    /s/ David Gappa
                                                      DAVID GAPPA
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                       DANIEL J. BRODERICK
                                                       Federal Defender

DATED: June 19, 2008                    /s/ Douglas Beevers
                                                       DOUGLAS BEEVERS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

       IT IS SO ORDERED.

**Dated:   June 19, 2008**                    **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE