DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EARL DEAN McKINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> EARL DEAN McKINNEY, <br><br> *Defendant.* | No. 1:08-cr-00173 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;ORDER THEREON <br><br> Date : July 14, 2008 <br> Time: 9:00 a.m. <br> Judge: Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter scheduled for July 7, 2008, **may be continued to July 14, 2008, at 9:00 a.m.**

This continuance is requested by counsel for the Defendant on behalf of Defendant on the following grounds:

1. Defendant's brother is temporarily ill and needs defendant to care for him.  Defendant's brother should be well enough to drive Defendant to court by July 14, 2008.
2. Defendant would like to obtain a second opinion on the plea offer from private counsel.
3. AUSA David Gappa has no objection.

The requested continuance will conserve time and resources for all parties and the court.

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for further defense
3    preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                                                          McGREGOR W. SCOTT
                                                                                          United States Attorney

DATED:  July 2, 2008                            /s/ David Gappa
                                                                                          DAVID GAPPA
                                                                                       Assistant United States Attorney
                                                                                       Attorney for Plaintiff

                                                                                      DANIEL J. BRODERICK
                                                                                      Federal Defender

DATED:  July 2, 2008                            /s/ Douglas Beevers
                                                                                          DOUGLAS BEEVERS
                                                                                      Assistant Federal Defender
                                                                                      Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 2, 2008**                             **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE